

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Louisiana

Bobby W. Swindle et al

V.

Livingston Parish School Board; Randy Pope, Superintendent of Livingston Parish School Board; Cecil Picard, Louisiana Department of Education State Board of Elementary and Secondary Education

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-837

TO: (Name and address of Defendant)

Malcolm Sibley
Livingston Parish School Board
13909 Florida Blvd
Livingston, LA 70754

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donna U. Grodner
Grodner & Associates
2223 Quail Run Drive, Ste. B-1
Baton Rouge, LA 70808

an answer to the complaint which is herewith served upon you, within ___15___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NICK J. LORIO                                    NOV 28 2006

CLERK                                             DATE

_[signature]_
(By) DEPUTY CLERK

⊗AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☐ Other (specify): left at Livingston Parish School Board with Debbie Duffy, Executive Secretary

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-29-06         Carmen Aherouse
            Date                  *Signature of Server*

                              2223 Quail Run, Suite B
                              Baton Rouge, LA 70808
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.