UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

B.W.S. JR., ET AL.

VERSUS

LIVINGSTON PARISH
SCHOOL BOARD, ET AL.

CIVIL ACTION

NO. 06-837-JJB

## ORDER

Considering the appeal (doc. 140) taken by defendant which indicates that the magistrate judge has not reviewed the document in question in camera;

IT IS ORDERED that this matter be referred to the magistrate judge for further consideration following an in camera review. The present appeal (doc. 140) is hereby DISMISSED without prejudice to defendant taking another appeal following further action by the magistrate judge.

Baton Rouge, Louisiana, December 12, 2007.

JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA