UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY W. SWINDLE, JR., ET AL

VERSUS

LIVINGSTON PARISH SCHOOL
BOARD, ET AL

CIVIL ACTION

NUMBER 06-837-JJB-SCR

**<u>ORDER</u>**

Considering the Order issued by the district judge December 12, 2007, record document number 156;

IT IS ORDERED that defendant Livingston Parish School Board shall provide to the court, for in camera review, a copy of its privilege log document number 21 by December 17, 2007.

Baton Rouge, Louisiana, December 12, 2007.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE