UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BOBBY W. SWINDLE, JR.
TRACY A. SWINDLE as administrators
of the Estate of MORGAN TAYLOR SWINDLE

CIVIL ACTION

VERSUS

NO. 06-837-JJB

LIVINGSTON PARISH SCHOOL BOARD;
RANDY POPE,
SUPERINTENDENT OF LIVINGSTON PARISH SCHOOL BOARD;
CECIL PICARD,
LOUISIANA DEPARTMENT OF EDUCATION
STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION

## J U D G M E N T

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendants the Livingston Parish School Board, Randy Pope, Cecil Picard, the Louisiana Department of Education, and the State Board of Elementary and Secondary Education and against plaintiffs Bobby and Tracy Swindle as administrators of the estate of Morgan Swindle

Signed in Baton Rouge, Louisiana, on December 10, 2008.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**